UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MAQUILLA C HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:13-CV-35 |
| | ) |
| KEYSTONE WESTERN, INC. and | ) |
| PAWEL PLAWNY, | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

On July 22, 2013, the plaintiff, Maquilla C. Hayes', counsel filed a motion to withdraw, stating that she had been unable to contact the plaintiff at her last known address or telephone number since May 1, 2013. The court set this matter for a status conference on March 7, 2014, and mailed notice to Hayes at her last known address. The mail was returned undeliverable and the court is without a forwarding address or contact information for the plaintiff. Accordingly, it is **RECOMMENDED** that this matter be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

ENTERED This 14th day of February, 2014

/s/ Andrew P. Rodovich
United States Magistrate Judge