UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| MAQUILLA HAYES, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 2:13-CV-035 JD |
| KEYSTONE WESTERN, INC. and PAWEL PLAWNY, | ) |
| Defendants. | ) |

## **ORDER**

Now before the Court is the Report and Recommendation of Magistrate Judge Rodovich that this case be dismissed without prejudice for failure to prosecute. [DE 10.] The plaintiff was originally represented by counsel, who previously withdrew because of a lack of communication from the plaintiff. [DE 7.] Upon withdrawing, counsel provided the last known address of the plaintiff. However, all mailings to that address have been returned as undeliverable. [DE 9, DE 11.] Since that time, Ms. Hayes has done nothing to prosecute her case.

Accordingly, the Report and Recommendation is adopted. [DE 10.] This case is dismissed without prejudice under Federal Rule of Civil Procedure 42(b). Alternatively, dismissal would be justified under Rule 4(m) for failure to accomplish service.

SO ORDERED.

ENTERED: October 10, 2014

/s/ JON E. DEGUILIO
Judge
United States District Court